WALDEN ARMS, INC., Respondent, *v.* JACOB A. BERNSTEIN, Appellant.

First Department, October 28, 1932.

*Edward C. Weinrib* of counsel [*Shaine & Weinrib,* attorneys], for the appellant.

*Joseph L. Maged* of counsel [*Irving M. Radin* with him on the brief; *Maged, Radin & Seidman,* attorneys], for the respondent.

O'MALLEY, J. For the reasons indicated in *Katz* v. *Bernstein* (236 App. Div. 456), decided herewith, the order herein is reversed with ten dollars costs and disbursements, and the motion to strike out the defenses denied, with ten dollars costs.

FINCH, P. J., MERRELL, SHERMAN and TOWNLEY, JJ., concur.

Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.